**SHELBY**

v.

**STATE.**

No. 0491–87.

Court of Criminal Appeals of Texas, En Banc.

Jan. 24, 1990.

Appeal from the 338th District Court, Harris County; Ernest Coker, Judge.

On appellant's motion for rehearing on petition for discretionary review: appellant's motion for rehearing granted: prior opinion withdrawn: judgment of the Court of Appeals reversed: cause remanded to that court.

CAMPBELL, WHITE and BERCHELMANN, JJ., dissent.